# Court of Appeals, State of Michigan

## ORDER

Taylor School District v Nancy Rhatigan

Docket No. 326128

LC No. 13-000133

Jane E. Markey
Presiding Judge

Donald S. Owens

Mark T. Boonstra
Judges

The Court orders that the December 13, 2016, majority per curiam opinion and the dissenting opinion in this matter are hereby AMENDED to correct a clerical error: Angela Steffke is added as a charging party-appellee to the caption of both opinions.

In all other respects, the December 13, 2016 opinions remain unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 2 0 2016
Date

Chief Clerk